UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-388-DMG (AGRx) | Date | September 29, 2014 |
|---|---|---|---|
| Title | Michael J. Holland v. David J. Pasternak, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

On September 4, 2014, the Court ordered plaintiff to show cause in writing, no later than September 18, 2014, why the above entitled action should not be dismissed for failure to prosecute [Doc. # 39]. To date, plaintiff have not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.

CV-90 (2/10)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk KT